474 A.2d 661

Commonwealth v. Warren, Appellant.
Petition for Allowance of Appeal
Denied July 10, 1984.

Argued November 16, 1983. Theodore J. Chylack, for appellant; Joseph Hy-

lan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and BROSKY and HOFFMAN, JJ.

Judgment of sentence affirmed.